## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON: January 25, 2008
FILE NO.:
CASE NO.: 08 CV 0897

ARIE BASULTO,

Plaintiff(s) - Petitioner(s)

-vs-

JLM SPORTS, INC., ET AL.

Defendant(s) - Respondent(s)

STATE OF NEW YORK
COUNTY OF WESTCHESTER

I, John Catlin being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party to this proceeding and resides in New York State.

On March 4, 2008 at 3:34 PM deponent served the within SUMMONS IN A CIVIL ACTION & VERIFIED COMPLAINT - JURY TRIAL DEMANDED on JLM SPORTS, INC., DEFENDANT
address: 380 Saw Mill River Rd.   City & State: Elmsford, NY 10523

**MANNER OF SERVICE**

INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein

CORPORATION ☒ a DOMESTIC corporation, by delivering thereat a true copy of each to KARENA DICKERSON personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT AND AUTHORIZED TO ACCEPT thereof

SUITABLE AGE PERSON ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's

AFFIXING TO DOOR, ETC. ☐ by affixing a true copy of to the door of said premises which is recipient's
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there. Deponent talked to premises who stated that recipient

MAILING TO RESIDENCE ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first postpaid envelope properly addressed to recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

DESCRIPTION ☒ Deponent describes the person actually served as:
Sex: FEMALE   Skin Color: BLACK SKIN   Hair Color: BROWN HAIR
Approx. Age: 21-35 YRS.   Approx. Height: 5'0"-5'3"   Approx. Weight: 100-130 LBS.
Other identifying features:

WITNESS FEES ☐ $ authorizing traveling expenses and one days' witness fee

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn before me on MARCH 5, 2008

AMY KING
Notary Public, State of New York
Reg. No. 01KI6149419
Qualified in Westchester County
Commission Expires July 10, 2010

JOHN CATLIN