

380 Saw Mill River Road Elmsford, New York 10523 914-592-2111

Hon. Judge Richard M. Berman
U.S. District Court
Southern District of New York
500 Pearl Street
New York, N.Y.

**MEMO ENDORSED**

> Conference adjourned to 4/21/08 @ 9:15 A.M. Defendant must be represented by counsel (in accordance with S.D.N.Y. Rules) at the conference.
>
> SO ORDERED:
> Date: 3/6/08
> Richard M. Berman, U.S.D.J

Dear Judge Berman,

    I have received in a case number 08 Civ. 0897 ( RMB ). I received this letter, only on March 4, 2008 via fed-ex, a photocopy of the court's request for a pre-trial conference for March 10, 2008. I was also served with a summons for a Civil Action, in this case, on March 4, 2008.

    I am respectfully requesting an extension for 60 days. The reason for this is (a) I have no sufficient time to prepare before the conference is set, due to the late notice of receipt as stated above  (b) I am scheduled to be out of town for the next 2 weeks. But, most importantly, I need adequate time to be able to secure competent legal representation for the above mentioned matter.

    I have not requested an extension on this matter before. Therefore there wouldn't have been occasion where it was denied.

    I have requested an extension from the <u>adversary's counsel and he was fine with 30 days</u>. But I am requesting 60 days, as I don't want to have my defense compromised by being put under the gun to find an attorney and mount my defense in a haphazard manner.s

    The extension I am requesting would be for the pre-trial conference as well as the answer to the Summons in a  Civil Action.

    Can I please have a confirmation of receipt of this letter and answer to request sent to my stated business address. I would also request a phone call to my office at 914-592-2111 and to my cell at 917-301-4564. Being as I have no counsel as of the date of this letter, I am not sure what the contact and notification procedures would be for a request like this when the pre-trial conference is set for Monday 3/10/2008. I appreciate the courts indulgence and patience, with me , on this matter.

Respectfully,

*[signature]*

Jay Matthew
President

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08