UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
MARIE BASULTO,

        Plaintiff,

  -against-

JLM SPORTS, INC., and SPORTIME USA,
and JAY MATTHEW,

        Defendants.
-----------------------------------------------------------x

Index No. 08 Cv 0897

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of the defendants in the above-referenced matter.

Dated: New York, New York
       March 20, 2008

                              KAISER SAURBORN & MAIR, P.C.

               By: _____
                          Daniel J. Kaiser, Esq.

                        Attorneys for Defendants
                        111 Broadway, 18th Fl.
                        New York, New York 10006
                        (212) 338-9100

TO: Mark B. Stumer, Esq.
      Attorney for Plaintiff
      200 Park Avenue, Suite 1511
      New York, New York 10003
      (212) 633-2225