UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIE BASULTO
             Plaintiff(s),

     - v -

JLM SPORTS, INC., and SPORTIME USA, and
JAY MATTHEW    Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

08 CV. 0897 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by __MAY 5, 2008__

(ii)   Amend the pleadings by __MAY 5, 2008__

(iii)  All discovery to be **expeditiously** completed by __SEPTEMBER 30, 2008__

(iv)  Consent to Proceed before Magistrate Judge __ON DISCOVERY ISSUES__

(v)   Status of settlement discussions __10/2/08 @ 9:30 with principals__

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

SO ORDERED: New York, New York
                4/21/08

RMB
Hon. Richard M. Berman, U.S.D.J.